Of Counsel
Hyslip & Taylor, LLC, LPA
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
CA Bar No. 145232

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starr Cullars | Case No. 3:14-cv-02999-JLS-DHB |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| The CCS Companies aka Credit Collection Service | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

By /s/ Art Matthews
Art Matthews
Of Counsel
Hyslip & Taylor, LLC, LPA
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
CA Bar No. 145232

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2014, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Jeffrey D. Stoddard
Compliance Officer
The CCS Companies
Two Wells Avenue
Newton, MA  02459

/s/ Art Matthews